[Criminal No. 315. Filed April 26, 1912.]

[123 Pac. 315.]

## J. M. MURDOCK, Appellant, v. TERRITORY OF ARIZONA, Respondent.

CRIMINAL LAW—APPEAL AND ERROR.—The supreme court will examine the record in a criminal case, though there is no abstract of the record, brief, or assignment of errors filed, and no particular specification of any prejudicial error.

APPEAL from a judgment of the District Court of the Second Judicial District, in and for the County of Cochise. Fletcher M. Doan, Judge. Affirmed.

The appellant, J. M. Murdock, on the second day of August, 1910, was convicted of perjury or false swearing and appeals.

No appearance for Appellant.

Mr. G. P. Bullard, Attorney General, for Respondent.

PER CURIAM.—The appellant has filed no abstract of the record, brief, or assignment of errors in this cause, and has not called our attention to any specific action of the trial court prejudicial to the rights of the defendant. Nevertheless we have carefully examined the record, as we deem it our duty to do in criminal cases, and we find no reversible error appearing therein.

Therefore the judgment of the lower court is affirmed.